

CR46606　　　　　　4

THE STATE OF TEXAS　　　　　IN THE 238TH DISTRICT COURT

VS.　　　　　　　　　　　　　MIDLAND COUNTY, TEXAS

TOMAS SALINAS BAEZA

FILED

2017 JUN 28 PM 1: 58

ROSS BILED IN
~~COURT OF APPEALS~~
~~EASTLAND, TEXAS~~
~~11647143-26RM~~
SHERRY WILLIAMSON
Clerk

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL *

I, Judge of the trial Court, certify this criminal case:

✓ is not a plea-bargain case, and the defendant has the right of appeal;

____ is a plea-bargain case, but matter were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal;

____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal;

____ is a plea-bargain case, and the defendant has NO right of appeal;

____ the defendant has waived the right of appeal.

Signed the 28th of June , 2017 .

_____
ELIZABETH B LEONARD , JUDGE PRESIDING

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to rule 68 of the Texas Rule of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose this opportunity to file a pro se petition for discretionary review.

_____
DEFENDANT

_____
DEFENDANT'S COUNSEL

Mailing address:
John Middleton Unit
13055 FM 3522
Abilene TX 79601
Telephone ( )_____
Fax ( )_____

Mailing address:
_____
_____
_____
Telephone ( )_____
Fax ( )_____

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case – that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)